UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. 10-187(2) (MJD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| | ) | |
| HAWO HASSAN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon the motion of the United States to file its Opposition to Defendant Hassan's Motion for Compassionate Release one day later. Based on the government's motion, and the Court finding that good cause exist therefor,

IT IS HEREBY ORDERED that the government's motion is granted and the Clerk of Court shall file the government's opposition as of August 5, 2020.

Dated:  August 6, 2020

s/ Michael J. Davis
Michael J. Davis
United Stated District Judge